# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | 100yi |
| 2 | 365moto |
| 3 | 3act* |
| 4 | 3y-parts |
| 5 | 7moto7moto |
| 6 | 84485cg |
| 7 | air_rocket |
| 8 | alan-zhou |
| 9 | alconstar |
| 10 | amaze_traders |
| 11 | amazon.no1 |
| 12 | amxntr |
| 13 | arashi-estore |
| 14 | areyourshop-009 |
| 15 | atr-autos |
| 16 | auto-department2019 |
| 17 | autodeparts |
| 18 | autoking2020 |
| 19 | autopartuk1000 |
| 20 | auto-part-us |
| 21 | autostore-1 |
| 22 | ayanjan9 |
| 23 | baima-0 |
| 24 | becauseofstyle |
| 25 | begoniasale |
| 26 | bestmotoparts0408 |
| 27 | beyungshu2018 |
| 28 | bigfish-moto |
| 29 | biking-cycling |
| 30 | bintanraharj_0 |
| 31 | blontang060_8 |
| 32 | bobocat15 |
| 33 | boogalooamon |
| 34 | bruceshark-002 |
| 35 | bruceshark-005 |
| 36 | buenpress |
| 37 | capejasmine |
| 38 | cargolala |
| 39 | car-seller1904 |
| 40 | castore_787 |

# Schedule A

| | |
|---|---|
| 41 | cavalier-ca |
| 42 | caytric_ph |
| 43 | chuph-82 |
| 44 | cindul |
| 45 | cncracing16 |
| 46 | cnszsaijie_9 |
| 47 | color_tree |
| 48 | color-fashion6 |
| 49 | comebuybest |
| 50 | crazydeals322 |
| 51 | crazyqueen-2016 |
| 52 | cxyan_96 |
| 53 | cypshop2013 |
| 54 | daliynew24hr |
| 55 | darkmoto |
| 56 | davidstore188 |
| 57 | dayagos |
| 58 | de100yi |
| 59 | dealsvintageparts |
| 60 | dfcauto |
| 61 | dongminwe-0 |
| 62 | durianbikers |
| 63 | easy_easily |
| 64 | easy_shop03 |
| 65 | easyfind123 |
| 66 | easyfind2011 |
| 67 | estylish4u |
| 68 | euroc_43 |
| 69 | farok-54 |
| 70 | fast.x |
| 71 | fastshipday |
| 72 | fbv885 |
| 73 | filili |
| 74 | flyingdream111 |
| 75 | followme-auto |
| 76 | ftop |
| 77 | fuqiang-999 |
| 78 | fuyuzh37 |
| 79 | fxcnc_racing |
| 80 | fxianglia0 |
| 81 | fx-motorcycle |

## Schedule A

| | |
|---|---|
| 82 | galih.-85 |
| 83 | gd-autoparts |
| 84 | gdtq1179 |
| 85 | gdutfactory |
| 86 | geminiauto-us |
| 87 | gladiator-business |
| 88 | gmmotoshop |
| 89 | goodforyou888 |
| 90 | greenl-autolight |
| 91 | greenseller888 |
| 92 | gsmcnmotors1688 |
| 93 | gulloenterprises |
| 94 | gy-motor |
| 95 | harhap |
| 96 | hkseller2018 |
| 97 | hongqzha0 |
| 98 | hqualitymoto |
| 99 | icarstool |
| 100 | insideyourstyle |
| 101 | jangsang |
| 102 | jessica27qiu |
| 103 | jimmyho1023 |
| 104 | kajimotorstore2018 |
| 105 | kingloos |
| 106 | kotgadi0 |
| 107 | kracemotor |
| 108 | kurokawa.kishho |
| 109 | lifestyle24*7 |
| 110 | liliputr_0 |
| 111 | lin-2017 |
| 112 | lindamotorparts_1 |
| 113 | linsales2016 |
| 114 | little_boss_yx |
| 115 | ljbindustryinc |
| 116 | logcob |
| 117 | lpmotorparts |
| 118 | luanmingmoto |
| 119 | lydiastore2017 |
| 120 | lymotor_ar |
| 121 | lzy-motor |
| 122 | madeinchina111 |

# Schedule A

| 123 | madmotoparthuihuan |
|-----|--------------------|
| 124 | majinhua1118 |
| 125 | maleehon-com |
| 126 | markmotor2015 |
| 127 | marsknight-uk |
| 128 | mata*parts |
| 129 | mc-9238 |
| 130 | mcmotoparts |
| 131 | metoo_motorfans |
| 132 | mfactory |
| 133 | mini-phoneshop |
| 134 | mkm-3207 |
| 135 | mkstore-china |
| 136 | mofomotor |
| 137 | monkeyfast |
| 138 | heran-trading |
| 139 | HIAORS |
| 140 | hotzzz |
| 141 | HOZAN Lighting |
| 142 | huihui11 |
| 143 | hunter2850 |
| 144 | Huxiaoe |
| 145 | HUYNH TRUNG LIEM |
| 146 | IGOKHJ |
| 147 | I-Joy |
| 148 | Innoglow |
| 149 | ISSYAUTO |
| 150 | J.H.T-US |
| 151 | jack good |
| 152 | JACOOL |
| 153 | JDDRUS |
| 154 | JDLLONG |
| 155 | JFG RACING |
| 156 | JIANXUS |
| 157 | JIEWEIJP |
| 158 | JIK Motorcycle Parts |
| 159 | JINQIU |
| 160 | JinYao |
| 161 | JIUHENGKANGFU |
| 162 | JIUNENG STORE |
| 163 | Jiyou oloud |

# Schedule A

| | |
|---|---|
| 164 | Joygowe |
| 165 | JOYON_MALL |
| 166 | JQHNB |
| 167 | JULONG US |
| 168 | JUNTENGSHUMA |
| 169 | Kaixinuo |
| 170 | KEMiMOTO |
| 171 | Keyren |
| 172 | KIPA2007 |
| 173 | KKE RACING |
| 174 | kkyinkking |
| 175 | Krace Race |
| 176 | Kungfu Graphics |
| 177 | kymlaa |
| 178 | La Vane |
| 179 | labwork-parts |
| 180 | Lefossi |
| 181 | Lenyi |
| 182 | LIBEIBEI |
| 183 | aibu |
| 184 | aiyingprice |
| 185 | amoywatches |
| 186 | ancm807731887 |
| 187 | arashidh |
| 188 | arjunxu |
| 189 | auto_motorcycle_01 |
| 190 | auto2011 |
| 191 | automobiles789 |
| 192 | automotiveelectroni |
| 193 | autopart_bright |
| 194 | beautifulshoeswall |
| 195 | beautyslimes |
| 196 | Best Chinese suppliers camp Digital Scale Digital Thermometer |
| 197 | bhfh |
| 198 | biaoliu |
| 199 | bielaiwuyang1666 |
| 200 | bigsky |
| 201 | bigtruck |
| 202 | bravebean |
| 203 | brotherpower1234 |

# Schedule A

| 204 | cangshou |
|---|---|
| 205 | carclothes |
| 206 | carmatzmg5147 |
| 207 | carolinegirl |
| 208 | carpooling |
| 209 | cc_brandes |
| 210 | ciclismoufo |
| 211 | clhhilary |
| 212 | clothingenterprise |
| 213 | cnfit |
| 214 | cnths |
| 215 | cosy35 |
| 216 | cyclingstar |
| 217 | dealbag |
| 218 | dh18shop327 |
| 219 | dhgate_store_00 |
| 220 | dhgate_store_44 |
| 221 | dhgatekidshoesbags |
| 222 | dhgatesmaskoo |
| 223 | dhgatetop_company |
| 224 | dhpifa |
| 225 | dongfanghong1988 |
| 226 | eesilv |
| 227 | enbabydhgatey |
| 228 | fbder |
| 229 | fengyune |
| 230 | fjallravengoodshop |
| 231 | foxexplorer |
| 232 | frenchfries2 |
| 233 | fxh15873358738 |
| 234 | guojigooshop |
| 235 | guoshu33 |
| 236 | haihuanghe |
| 237 | heredo |
| 238 | hhdhgate |
| 239 | hithotwin |
| 240 | huansdgates |
| 241 | huantingying1404 |
| 242 | hungrydhgate |
| 243 | jadhgate |
| 244 | jadi |

# Schedule A

| No | Defendants Online Marketplace |
|----|-------------------------------|
| 1  | https://www.ebay.com/usr/100yi |
| 2  | https://www.ebay.com/usr/365moto |
| 3  | https://www.ebay.com/usr/3act* |
| 4  | https://www.ebay.com/usr/3y-parts |
| 5  | https://www.ebay.com/usr/7moto7moto |
| 6  | https://www.ebay.com/usr/84485cg |
| 7  | https://www.ebay.com/usr/air_rocket |
| 8  | https://www.ebay.com/usr/alan-zhou |
| 9  | https://www.ebay.com/usr/alconstar |
| 10 | https://www.ebay.com/usr/amaze_traders |
| 11 | https://www.ebay.com/usr/amazon.no1 |
| 12 | https://www.ebay.com/usr/amxntr |
| 13 | https://www.ebay.com/usr/arashi-estore |
| 14 | https://www.ebay.co.uk/usr/areyourshop-009 |
| 15 | https://www.ebay.com/usr/atr-autos |
| 16 | https://www.ebay.com/usr/auto-department2019 |
| 17 | https://www.ebay.com/usr/autodeparts |
| 18 | https://www.ebay.com/usr/autoking2020 |
| 19 | https://www.ebay.com/usr/autopartuk1000 |
| 20 | https://www.ebay.com/usr/auto-part-us |
| 21 | https://www.ebay.com/usr/autostore-1 |
| 22 | https://www.ebay.com/usr/ayanjan9 |
| 23 | https://www.ebay.com/usr/baima-0 |
| 24 | https://www.ebay.com/usr/becauseofstyle |
| 25 | https://www.ebay.co.uk/usr/begoniasale |
| 26 | https://www.ebay.co.uk/usr/bestmotoparts0408 |
| 27 | https://www.ebay.com/usr/beyungshu2018 |
| 28 | https://www.ebay.com/usr/bigfish-moto |
| 29 | https://www.ebay.com/usr/biking-cycling |
| 30 | https://www.ebay.com/usr/bintanraharj_0 |
| 31 | https://www.ebay.com/usr/blontang060_8 |
| 32 | https://www.ebay.com/usr/bobocat15 |
| 33 | https://www.ebay.com/usr/boogalooamon |
| 34 | https://www.ebay.co.uk/usr/bruceshark-002 |
| 35 | https://www.ebay.com/usr/bruceshark-005 |
| 36 | https://www.ebay.com/usr/buenpress |
| 37 | https://www.ebay.co.uk/usr/capejasmine |
| 38 | https://www.ebay.com/usr/cargolala |
| 39 | https://www.ebay.com/usr/car-seller1904 |

# Schedule A

| | |
|---|---|
| 40 | https://www.ebay.com/usr/castore_787 |
| 41 | https://www.ebay.co.uk/usr/cavalier-ca |
| 42 | https://www.ebay.co.uk/usr/caytric_ph |
| 43 | https://www.ebay.com/usr/chuph-82 |
| 44 | https://www.ebay.com/usr/cindul |
| 45 | https://www.ebay.co.uk/usr/cncracing16 |
| 46 | https://www.ebay.com/usr/cnszsaijie_9 |
| 47 | https://www.ebay.com/usr/color_tree |
| 48 | https://www.ebay.com/usr/color-fashion6 |
| 49 | https://www.ebay.com/usr/comebuybest |
| 50 | https://www.ebay.com/usr/crazydeals322 |
| 51 | https://www.ebay.com/usr/crazyqueen-2016 |
| 52 | https://www.ebay.com/usr/cxyan_96 |
| 53 | https://www.ebay.com/usr/cypshop2013 |
| 54 | https://www.ebay.com/usr/daliynew24hr |
| 55 | https://www.ebay.com/usr/darkmoto |
| 56 | https://www.ebay.com/usr/davidstore188 |
| 57 | https://www.ebay.com/usr/dayagos |
| 58 | https://www.ebay.co.uk/usr/de100yi |
| 59 | https://www.ebay.com/usr/dealsvintageparts |
| 60 | https://www.ebay.com/usr/dfcauto |
| 61 | https://www.ebay.com/usr/dongminwe-0 |
| 62 | https://www.ebay.com/usr/durianbikers |
| 63 | https://www.ebay.com/usr/easy_easily |
| 64 | https://www.ebay.com/usr/easy_shop03 |
| 65 | https://www.ebay.com/usr/easyfind123 |
| 66 | https://www.ebay.com/usr/easyfind2011 |
| 67 | https://www.ebay.com/usr/estylish4u |
| 68 | https://www.ebay.com/usr/euroc_43 |
| 69 | https://www.ebay.com/usr/farok-54 |
| 70 | https://www.ebay.com/usr/fast.x |
| 71 | https://www.ebay.com/usr/fastshipday |
| 72 | https://www.ebay.com/usr/fbv885 |
| 73 | https://www.ebay.com/usr/filili |
| 74 | https://www.ebay.co.uk/usr/flyingdream111 |
| 75 | https://www.ebay.com/usr/followme-auto |
| 76 | https://www.ebay.com/usr/ftop |
| 77 | https://www.ebay.co.uk/usr/fuqiang-999 |
| 78 | https://www.ebay.com/usr/fuyuzh37 |
| 79 | https://www.ebay.co.uk/usr/fxcnc_racing |
| 80 | https://www.ebay.com/usr/fxianglia0 |

## Schedule A

| 81  | https://www.ebay.com/usr/fx-motorcycle |
|-----|----------------------------------------|
| 82  | https://www.ebay.com/usr/galih.-85 |
| 83  | https://www.ebay.com/usr/gd-autoparts |
| 84  | https://www.ebay.com/usr/gdtq1179 |
| 85  | https://www.ebay.co.uk/usr/gdutfactory |
| 86  | https://www.ebay.com/usr/geminiauto-us |
| 87  | https://www.ebay.com/usr/gladiator-business |
| 88  | https://www.ebay.com/usr/gmmotoshop |
| 89  | https://www.ebay.com/usr/goodforyou888 |
| 90  | https://www.ebay.com/usr/greenl-autolight |
| 91  | https://www.ebay.com/usr/greenseller888 |
| 92  | https://www.ebay.com/usr/gsmcnmotors1688 |
| 93  | https://www.ebay.com/usr/gulloenterprises |
| 94  | https://www.ebay.co.uk/usr/gy-motor |
| 95  | https://www.ebay.com/usr/harhap |
| 96  | https://www.ebay.com/usr/hkseller2018 |
| 97  | https://www.ebay.com/usr/hongqzha0 |
| 98  | https://www.ebay.com/usr/hqualitymoto |
| 99  | https://www.ebay.com/usr/icarstool |
| 100 | https://www.ebay.com/usr/insideyourstyle |
| 101 | https://www.ebay.com/usr/jangsang |
| 102 | https://www.ebay.com/usr/jessica27qiu |
| 103 | https://www.ebay.com/usr/jimmyho1023 |
| 104 | https://www.ebay.com/usr/kajimotorstore2018 |
| 105 | https://www.ebay.co.uk/usr/kingloos |
| 106 | https://www.ebay.com/usr/kotgadi0 |
| 107 | https://www.ebay.com/usr/kracemotor |
| 108 | https://www.ebay.com/usr/kurokawa.kishho |
| 109 | https://www.ebay.com/usr/lifestyle24*7 |
| 110 | https://www.ebay.com/usr/liliputr_0 |
| 111 | https://www.ebay.com/usr/lin-2017 |
| 112 | https://www.ebay.com/usr/lindamotorparts_1 |
| 113 | https://www.ebay.com/usr/linsales2016 |
| 114 | https://www.ebay.com/usr/little_boss_yx |
| 115 | https://www.ebay.com/usr/ljbindustryinc |
| 116 | https://www.ebay.com/usr/logcob |
| 117 | https://www.ebay.com/usr/lpmotorparts |
| 118 | https://www.ebay.com/usr/luanmingmoto |
| 119 | https://www.ebay.com/usr/lydiastore2017 |
| 120 | https://www.ebay.com/usr/lymotor_ar |
| 121 | https://www.ebay.com/usr/lzy-motor |

# Schedule A

| 122 | https://www.ebay.com/usr/madeinchina111 |
|---|---|
| 123 | https://www.ebay.com/usr/madmotoparthuihuan |
| 124 | https://www.ebay.com/usr/majinhua1118 |
| 125 | https://www.ebay.com/usr/maleehon-com |
| 126 | https://www.ebay.com/usr/markmotor2015 |
| 127 | https://www.ebay.co.uk/usr/marsknight-uk |
| 128 | https://www.ebay.com/usr/mata*parts |
| 129 | https://www.ebay.com/usr/mc-9238 |
| 130 | https://www.ebay.com/usr/mcmotoparts |
| 131 | https://www.ebay.com/usr/metoo_motorfans |
| 132 | https://www.ebay.com/usr/mfactory |
| 133 | https://www.ebay.com/usr/mini-phoneshop |
| 134 | https://www.ebay.com/usr/mkm-3207 |
| 135 | https://www.ebay.com/usr/mkstore-china |
| 136 | https://www.ebay.com/usr/mofomotor |
| 137 | https://www.ebay.com/usr/monkeyfast |
| 138 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1WZTAWG7FJY0V&sshmPath= |
| 139 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AFWFMPGW0VRZ8&sshmPath= |
| 140 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A36ZH2MCHPKXUA&sshmPath= |
| 141 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3L6TFEQMD6WHF&sshmPath= |
| 142 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3GE0LS08RJSLS&sshmPath= |
| 143 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2SPTGEJYOYCRS&sshmPath= |
| 144 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3OQMU5XO0GM8G&sshmPath= |
| 145 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A30Q9QMSN4YGKE&sshmPath= |
| 146 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1MK1U204V61G2&sshmPath= |

# Schedule A

| | |
|---|---|
| 147 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1KIE54L2DVP3W&sshmPath= |
| 148 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1VYVDU2DL8FII&sshmPath= |
| 149 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3HFUC27WX97EL&sshmPath= |
| 150 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A39P8VALFGP5NJ&sshmPath= |
| 151 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A39IAHYFDEYXBH&sshmPath= |
| 152 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AR517JOL0TLZN&sshmPath= |
| 153 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A20T1XXBXMD40N&sshmPath= |
| 154 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A21XQFAET8IILX&sshmPath= |
| 155 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1G2AJ9O1GWX3X&sshmPath= |
| 156 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2B6D52DIUHEKT&sshmPath= |
| 157 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2M8YDSM0XU2JI&sshmPath= |
| 158 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1Y0534WEKWPRM&sshmPath= |
| 159 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2B6NNA6MGWLAL&sshmPath= |
| 160 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1JOM5QUPN0UBP&sshmPath= |
| 161 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1EM7JZ59UQDS0&sshmPath= |

# Schedule A

| | |
|---|---|
| 162 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A12RA0R8KQVGBB&sshmPath= |
| 163 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1PLIPXW8GI378&sshmPath= |
| 164 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2JW3FGUYQ6N6L&sshmPath= |
| 165 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=API0Y1ZZFHEMT&sshmPath= |
| 166 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A38ZUU47VRH1EY&sshmPath= |
| 167 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3VBZ2D9GB9I38&sshmPath= |
| 168 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ATAUPUW0DYAIG&sshmPath= |
| 169 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A26QKB37AS8ZV4&sshmPath= |
| 170 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3SYOHO0TS2HRW&sshmPath= |
| 171 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=APABD9KUWFKHK&sshmPath= |
| 172 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ADYGGS8N6EAC2&sshmPath= |
| 173 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1IL5UY5R9CSKL&sshmPath= |
| 174 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2U42P8Z5ZBSAX&sshmPath= |
| 175 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A32QQF7MYA64FI&sshmPath= |
| 176 | https://www.amazon.com/gp/aag/main/ref=olp_merch_name_1/133-9143952-5414813?seller=AHCS0XSTV50MZ |

# Schedule A

| | |
|---|---|
| 177 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A14LMYFJ882Q0H&sshmPath= |
| 178 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1GJGK2LKPVHTI&sshmPath= |
| 179 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A23MTL1LIY6YXM&sshmPath= |
| 180 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2Z4FHQSG7N8EL&sshmPath= |
| 181 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AKINBRU07RH72&sshmPath= |
| 182 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ARGTPSTZL5FIF&sshmPath= |
| 183 | https://www.dhgate.com/wholesale/products/ff808081633a331001638d247c660612.html |
| 184 | https://www.dhgate.com/store/21567011 |
| 185 | https://www.dhgate.com/store/20969676 |
| 186 | https://www.dhgate.com/store/20783034 |
| 187 | https://www.dhgate.com/store/20741183 |
| 188 | https://www.dhgate.com/store/20006533 |
| 189 | https://www.dhgate.com/store/21474337 |
| 190 | https://www.dhgate.com/store/20917799 |
| 191 | https://www.dhgate.com/store/20131817 |
| 192 | https://www.dhgate.com/store/21306464 |
| 193 | https://www.dhgate.com/store/21248659 |
| 194 | https://www.dhgate.com/store/21551401 |
| 195 | https://www.dhgate.com/store/21569243 |
| 196 | https://www.dhgate.com/store/14498585 |
| 197 | https://www.dhgate.com/store/19831344 |
| 198 | https://www.dhgate.com/store/13989221 |
| 199 | https://www.dhgate.com/store/21360455 |
| 200 | https://www.dhgate.com/store/20057752 |
| 201 | https://www.dhgate.com/store/21419855 |
| 202 | https://www.dhgate.com/store/19859300 |
| 203 | https://www.dhgate.com/store/20483618 |
| 204 | https://www.dhgate.com/store/20331040 |
| 205 | https://www.dhgate.com/store/21437093 |
| 206 | https://www.dhgate.com/store/21237753 |

# Schedule A

| | |
|---|---|
| 207 | https://www.dhgate.com/store/20833102 |
| 208 | https://www.dhgate.com/store/21376035 |
| 209 | https://www.dhgate.com/store/21569249 |
| 210 | https://www.dhgate.com/store/21011793 |
| 211 | https://www.dhgate.com/store/18505152 |
| 212 | https://www.dhgate.com/store/21483931 |
| 213 | https://www.dhgate.com/wholesale/products/ff808081736b63470173e1671a9f1edf.html |
| 214 | https://www.dhgate.com/wholesale/products/ff808081736b207f0173e16c2d0b11bf.html |
| 215 | https://www.dhgate.com/store/21211092 |
| 216 | https://www.dhgate.com/store/20535446 |
| 217 | https://www.dhgate.com/store/19901776 |
| 218 | https://www.dhgate.com/store/21011972 |
| 219 | https://www.dhgate.com/wholesale/products/ff808081736b20870173e197ec671852.html |
| 220 | https://www.dhgate.com/store/21566946 |
| 221 | https://www.dhgate.com/store/21579801 |
| 222 | https://www.dhgate.com/store/21578200 |
| 223 | https://www.dhgate.com/store/21125612 |
| 224 | https://www.dhgate.com/store/21022742 |
| 225 | https://www.dhgate.com/store/21273144 |
| 226 | https://www.dhgate.com/store/21028193 |
| 227 | https://www.dhgate.com/store/21544717 |
| 228 | https://www.dhgate.com/wholesale/products/ff808081736b633c0173e197784618e4.html |
| 229 | https://www.dhgate.com/store/21016328 |
| 230 | https://www.dhgate.com/store/21474203 |
| 231 | https://www.dhgate.com/store/21400462 |
| 232 | https://www.dhgate.com/store/21483928 |
| 233 | https://www.dhgate.com/store/21556498 |
| 234 | https://www.dhgate.com/store/21356633 |
| 235 | https://www.dhgate.com/store/21161090 |
| 236 | https://www.dhgate.com/store/21071607 |
| 237 | https://www.dhgate.com/wholesale/products/ff808081736b63480173e1743e921edd.html |
| 238 | https://www.dhgate.com/store/21576842 |
| 239 | https://www.dhgate.com/store/14362354 |
| 240 | https://www.dhgate.com/store/21572783 |
| 241 | https://www.dhgate.com/store/21226340 |
| 242 | https://www.dhgate.com/store/21551399 |
| 243 | https://www.dhgate.com/store/20311319 |

# Schedule A

| 244 | https://www.dhgate.com/store/20295210 |