UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

KTM AG

Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

Defendant.

Case No.: 1:20−cv−06713

Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 19, 2020:

MINUTE entry before the Honorable Martha M. Pacold:The court has received the letter from defendants mcmotoparts (defendant 130) and mfactory (defendant 132) [36], stating that they oppose plaintiff's motion for a preliminary injunction [25]. The letter was entered on the docket on 12/18/2020 and came to the court's attention after the court entered the preliminary injunction order [38]. However, the letter is dated 12/17/2020 and states that it was submitted by the 12/17/2020 deadline for objections set in the court's earlier order [29]. Thus, the court vacates the preliminary injunction [38] in part, only as to defendants mcmotoparts and mfactory, and not as to any other defendant, in order to allow mcmotoparts and mfactory an opportunity to retain counsel and file a brief in opposition to the preliminary injunction. As business entities, mcmotoparts and mfactory may not represent themselves. See, e.g., Scandia Down Corp. v. Euroquilt, Inc., 772 F.2d 1423, 1427 (7th Cir. 1985). Accordingly, mcmotoparts and mfactory must retain counsel if they wish to participate in this action and file a brief in opposition to the motion for preliminary injunction. Mcmotoparts and mfactory have until 1/4/2021 for counsel to file an appearance on the docket and a brief in opposition to the motion for preliminary injunction. Plaintiff has until 1/11/2021 to file a reply. The parties should immediately meet and confer and promptly inform the court by filing a brief joint status report if they seek any changes to the briefing schedule or seek a telephone hearing. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.